UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **JOSEPH OZORMOOR** | : | Case No.: |
| | : | |
| Plaintiff, | : | Hon. |
| | : | |
| v. | : | (Removed from the Wayne |
| | : | County Third Judicial Circuit |
| **SHELLPOINT MORTGAGE SERVICING, A DBA FOR NEW REZ, LLC;** | : | Case No.: 24-004233-CZ) |
| | : | |
| **U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR BINOM SECURITIZATION TRUST 2022 RPL1;** | : | |
| | : | |
| **RUSHMORE LOAN MANAGEMENT SERVICES, LLC;** | : | |
| | : | |
| **J.P. MORGAN MORTGAGE ACQUISITION CORP.;** | : | |
| | : | |
| **LOANCARE, LLC A/K/A NEW RESIDENTIAL MORTGAGE, LLC, A DIVISION OF NEW REZ, LLC;** | : | |
| | : | |
| **NEW REZ, LLC, A DIVISION OF NEW RESIDENTIAL INVESTMENT CORP.;** | : | |
| | : | |
| **NEW RESIDENTIAL INVESTMENT CORP. A/K/A RITHM CAPITAL CORP.,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF REMOVAL

Defendant Newrez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), through counsel and pursuant to the provisions of 28 U.S.C. §§ 1331, 1332, 1367, 1441 and 1446, hereby provides notice of the removal to this Court of the case entitled *Joseph Ozormoor v. Shellpoint*

*Mortgage Servicing, a dba for New Rez, LLC, et al.*, having Case No. 24-004233-CZ, and currently pending in the Third Judicial Circuit, Wayne County, in the State of Michigan (the "State Court Action"). As grounds for removal, Shellpoint states as follows:

## BACKGROUND

1. The plaintiff, Joseph Ozormoor ("Plaintiff"), initiated the State Court Action by filing a *Complaint* in the Third Judicial Circuit, Wayne County, in the State of Michigan on March 20, 2024 ("Complaint").

2. Shellpoint received a Summons and copy of the Complaint on April 30, 2024.

3. Pursuant to 28 U.S.C. § 1446(a), copies of the case docket, Complaint, Summons, and Priority Mail service upon Shellpoint are attached collectively as **Exhibit 1**.

4. This Notice of Removal is being filed within thirty (30) days after receipt by Shellpoint of a copy of the initial pleadings setting forth the claims for relief against it, by service of process or otherwise, and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

5. Other than the aforementioned, no other proceedings have occurred in the State Court Action, and no other pleadings or orders have been served.

6. This is not an action described in 28 U.S.C. § 1445.

7. Venue for removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place in which the State Court Action was pending.

## DIVERSITY JURISDICTION

### Diversity Of Citizenship Of The Parties

8. This is a civil action that falls within this Court's original jurisdiction under 28

2

U.S.C. § 1332, and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

9. In the Complaint, Plaintiff's address is identified as being in Grosse Pointe Farms, Wayne County, Michigan.

10. Shellpoint is not a citizen of Michigan. Shellpoint is a Delaware limited liability company and is a wholly-owned subsidiary of Shellpoint Partners LLC, a Delaware limited liability company. Shellpoint Partners LLC is a wholly-owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC, Delaware limited liability companies. Both NRM Acquisition entities are wholly-owned subsidiaries of New Residential Mortgage LLC, a Delaware limited liability company. New Residential Mortgage LLC is a wholly-owned subsidiary of Rithm Capital Corp., a Delaware corporation with its principal place of business in New York. Shellpoint is therefore a citizen of Delaware and New York for purposes of diversity jurisdiction, and in any event, is not a citizen of Michigan.

11. U.S. Bank Trust National Association as Trustee for BINOM Securitization Trust 2022 RPL1 ("U.S. Bank") is not a citizen of Michigan. U.S. Bank is a wholly owned subsidiary of U.S. Bancorp, a publicly held corporation. U.S. Bank is a nationally chartered association with its primary offices located in Wilmington, Delaware.

12. J.P. Morgan Mortgage Acquisition Corp. is not a citizen of Michigan. J.P. Morgan Mortgage Acquisition Corp. is wholly owned by JPMorgan Chase Bank, National Association. J.P. Morgan Mortgage Acquisition Corp. is a Delaware corporation with its primary offices located in New York.

13. Rithm Capital Corp. f/k/a New Residential Investment Corp. ("Rithm") is not a citizen of Michigan. Rithm is publicly traded on the New York Stock Exchange under the ticker symbol RITM. Rithm is a Delaware corporation with its principal place of business in New York.

14. LoanCare LLC is not a citizen of Michigan. LoanCare LLC is a limited liability company organized and existing under the laws of the Commonwealth of Virginia. The sole Member of LoanCare is ServiceLink NLS, LLC. ServiceLink NLS, LLC is a limited liability company organized and existing under the laws of the State of Delaware. The sole member of ServiceLink NLS, LLC is ServiceLink Holdings, Inc. ServiceLink Holdings, Inc. is a corporation organized and existing under the laws of the State of Delaware. ServiceLink Holdings, Inc. is a wholly-owned subsidiary of Fidelity National Financial, Inc. Fidelity National Financial, Inc. is a corporation organized and existing under the laws of the State of Delaware.

15. Rushmore Loan Management Services, LLC ("Rushmore") is not a citizen of Michigan. Mr. Cooper Group, Inc. acquired Roosevelt Management Company, LLC, including its subsidiary Rushmore Loan Management Services LLC in 2023. Mr. Cooper Group, Inc.'s operating subsidiary is Nationstar Mortgage LLC ("Nationstar"), which also does business as Rushmore Servicing. Nationstar Mortgage LLC is a Delaware limited liability company. Nationstar is directly owned by two entities: (1) Nationstar Sub1 ("Sub1") (99%) and (2) Nationstar Sub2 LLC ("Sub2") (1%). Both Sub1 and Sub2 are Delaware limited liability companies. Sub1 and Sub2 are both 100% owned by Nationstar Mortgage Holdings Inc. ("NSM Holdings"). NSM Holdings is a wholly owned subsidiary of Mr. Cooper Group, Inc. ("Mr. Cooper"). The principal place of business of Nationstar Mortgage LLC d/b/a Rushmore Servicing is in Texas.

16. Because Plaintiff is not a citizen of the same state as any Defendant, the parties are completely diverse. *See* 28 U.S.C. § 1332(a); and *Wis. Dep't of Corrections v. Schacht*, 524 U.S. 381, 388 (1998).

**Amount In Controversy**

17. The Complaint in the State Court Action alleges various causes of action relating to a mortgage loan.

18. Plaintiff purports to assert multiple causes of action in his Complaint, including (a) alleged Breach of Contract and the Covenant of Good Faith and Fair Dealing; (b) alleged violation of Real Estate Settlement Procedures Act ("RESPA") and Reg. X regarding Notices of Error (12 C.F.R. § 1024.35); (c) alleged violation of Fair Debt Collection Practices Act ("FDCPA") and Michigan Collection Practices Act (15 U.S.C. § 1692; M.C.L. § 445.251); (d) alleged violation of Michigan Mortgage Brokers, Lenders & Servicers Licensing Act (MBLSLA) (M.C.L. § 445.1672); (e) alleged fraudulent misrepresentation and concealment; (f) alleged statutory conversion (M.C.L. § 600.2919a); and (g) alleged unjust enrichment. *See*, **Exhibit 1**.

19. Further, with respect to damages, the prayer amount in the Complaint and provided as part of the State Court Action exceeds $448,500.00. *Id.*

20. Although Shellpoint denies liability to Plaintiff for any of the damages sought in his Complaint, based on the foregoing, the amount placed in controversy by Plaintiff's Complaint exceeds $75,000.00, exclusive of interest and costs.

21. Consequently, removal of this action to this Court based on diversity jurisdiction is both timely and proper under 28 U.S.C. §§ 1332(a) and 1441(a).

## FEDERAL QUESTION JURISDICTION

22.     Further, the Complaint purports to state federal claims for alleged violations of (a) the Real Estate Settlement Procedures Act and Regulation X (12 U.S.C. § 2601, *et seq.* and 12 C.F.R. § 1024.35); and (b) the Fair Debt Collection Practices Act (15 U.S.C. § 1692, *et seq.*).  *See* **Exhibit 1**.

23.     The Complaint also appears to allege state law claims for (a) alleged Breach of Contract and the Covenant of Good Faith and Fair Dealing; (b) Michigan Collection Practices Act (15 U.S.C. § 1692; M.C.L. § 445.251); (c) alleged violation of Michigan Mortgage Brokers, Lenders & Servicers Licensing Act (MBLSLA) (M.C.L. § 445.1672); (d) alleged fraudulent misrepresentation and concealment; (e) alleged statutory conversion (M.C.L. § 600.2919a); and (g) alleged unjust enrichment.  *Id.*

24.     The United States District Court for the Eastern District of Michigan has original jurisdiction over this action under 28 U.S.C. § 1331.  The Court has federal question jurisdiction under 28 U.S.C. § 1331 because Plaintiff's Complaint alleges violations of federal law.  *See, e.g.*, 15 U.S.C. § 1692k(d); 12 U.S.C. § 2614.

25.     Under 28 U.S.C. § 1367, the Court has supplemental jurisdiction over the state law claims alleged in Plaintiff's Complaint because such claims arise out of the same set of facts, and are part of the same case and controversy, as the claims over which the Court has original jurisdiction.

**CONSENT TO REMOVAL**

26.     Defendants Newrez LLC d/b/a Shellpoint Mortgage Servicing; U.S. Bank Trust National Association as Trustee for BINOM Securitization Trust 2022 RPL1; J.P. Morgan Mortgage Acquisition Corp.; LoanCare LLC; Newrez LLC; and Rithm Capital Corp. f/k/a New Residential Investment Corp. have consented to removal.  The undersigned counsel is unaware if Defendant Rushmore Loan Management Services LLC has been properly served as part of the State Court Action.

**VENUE AND PROCEDURAL REQUIREMENTS**

27.     The United States District Court for the Eastern District of Michigan is the District Court for the district encompassing Wayne County, Michigan, where the State Court Action is pending.  *See* 28 U.S.C. § 115(a)(1).  It follows then that venue is proper in this district under 28 U.S.C. § 1446(a).

28.     In accordance with 28 U.S.C. § 1446(d), Shellpoint will promptly serve a copy of this Notice of Removal on Plaintiff and will file a copy of the Notice of Removal with the Clerk of Courts for the Third Judicial Circuit, Wayne County in the State of Michigan.

29.     Shellpoint expressly reserves the right to state additional grounds for removal and to provide such additional evidence as may be required to support the grounds asserted in this Notice of Removal.

30.     By this Notice of Removal and the associated exhibits, Shellpoint does not waive any defenses or objections it may have to this action.  Shellpoint reserves the right to raise all defenses and objections to Plaintiff's claims after the State Court Action is removed to this Court.

## CONCLUSION

WHEREFORE, this action is properly removed from the Third Judicial Circuit, Wayne County in the State of Michigan to the United States District Court for the Eastern District of Michigan, pursuant to applicable sections of the United States Code. Please take notice that no further proceedings may be had in the Third Judicial Circuit, Wayne County in the State of Michigan.

Dated: May 30, 2024				Respectfully submitted,

**DINSMORE & SHOHL LLP**

/s/ J. Travis Mihelick
J. Travis Mihelick (P73050)
755 West Big Beaver Rd, Suite 1900
Troy MI 48084
(248) 203-1655 / (248) 647-5210 (fax)
travis.mihelick@dinsmore.com
*Attorneys for Defendants Newrez LLC d/b/a Shellpoint Mortgage Servicing; U.S. Bank Trust National Association as Trustee for BINOM Securitization Trust 2022RPL1; Newrez LLC; Rithm Capital Corp. f/k/a New Residential Investment Corp.; J.P. Morgan Mortgage Acquisition Trust*

**PROOF OF SERVICE**

The undersigned certifies that on May 30, 2024 a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause via the CM/ECF electronic filing system and via first class mail, postage prepaid to the following:

Joseph Ozormoor
Plaintiff, In Pro Per
469 LaBelle Road
Grosse Pointe Farms, MI  48236

I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge, and belief.

/s/ *J. Travis Mihelick*
J. Travis Mihelick