# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **JOSEPH OZORMOOR** | : Case No.: 2:24-cv-11434-LJM-KGA |
| **Plaintiff,** | : HON. LAURIE J. MICHELSON |
| v. | |
| **SHELLPOINT MORTGAGE SERVICING, A DBA FOR NEW REZ, LLC**, *et al.*, | |
| **Defendants.** | |

Joseph Ozormoor
Plaintiff, In Pro Per
469 LaBelle Road
Grosse Pointe Farms, MI  48236
(313) 924-5319
(313) 949-2656 (mobile)
jtozormoor@comcast.com

J. Travis Mihelick (P73050)
DINSMORE & SHOHL LLP
755 West Big Beaver Rd.
Suite 1900
Troy, MI 48084
(248) 203-1655
(248) 647-5210 (f)
Travis.mihelick@dinsmore.com
*Attorneys for Defendants Newrez LLC d/b/a Shellpoint Mortgage Servicing, U.S. Bank Trust National Association as Trustee for BINOM Securitization Trust 2022RPL1, Newrez LLC, Rithm Capital Corp. f/k/a New Residential Investment Corp., J.P. Morgan Mortgage Acquisition Trust, and LoanCare, LLC*

**STIPULATED ORDER EXTENDING TIME UNTIL JULY 8, 2024 FOR DEFENDANTS NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR BINOM SECURITIZATION TRUST 2022 RPL1, NEWREZ LLC, RITHM CAPITAL CORP. F/K/A NEW RESIDENTIAL INVESTMENT CORP., J.P. MORGAN MORTGAGE ACQUISITION TRUST, AND LOANCARE, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**

This matter, having come before the Court on the stipulation of the parties, as evidenced by their respective signatures below, and the Court otherwise being fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendants Newrez LLC d/b/a Shellpoint Mortgage Servicing, U.S. Bank Trust National Association as Trustee for BINOM Securitization Trust 2022RPL1, Newrez LLC, Rithm Capital Corp. f/k/a New Residential Investment Corp., J.P. Morgan Mortgage Acquisition Trust, and LoanCare, LLC shall move, plead, or otherwise respond to Plaintiff Joseph Ozormoor's Complaint on or before July 8, 2024.

**SO ORDERED.**

Date: June 7, 2024

/s/ Laurie J. Michelson
Hon. Laurie J. Michelson
U.S. District Court Judge

**STIPULATED AND AGREED:**

/s/  *Joseph Ozormoor*
Joseph Ozormoor
Plaintiff, In Pro Per
469 LaBelle Road
Grosse Pointe Farms, MI  48236
(313) 924-5319
(313) 949-2656 (mobile)
jtozormoor@comcast.com


/s/ J. Travis Mihelick
J. Travis Mihelick (P73050)
DINSMORE & SHOHL LLP
755 West Big Beaver Rd., Ste 1900
Troy, MI  48084
(248) 203-1655/(248) 647-5210 fax
travis.mihelick@dinsmore.com
*Attorneys for Defendants Newrez LLC d/b/a Shellpoint Mortgage Servicing; U.S. Bank Trust National Association as Trustee for BINOM Securitization Trust 2022 RPL1; Newrez LLC; Rithm Capital Corp. f/k/a New Residential Investment Corp.; J.P. Morgan Mortgage Acquisition Trust; and LoanCare LLC*