# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **JOSEPH OZORMOOR,** | : Case No.: 2:24-cv-11434-LJM-KGA |
| **Plaintiff,** | : HON. LAURIE J. MICHELSON |
| v. | : |
| **SHELLPOINT MORTGAGE SERVICING, A DBA FOR NEW REZ, LLC,** *et al.*, | : |
| **Defendants.** | : |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, as evidenced by the signatures below, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this matter is dismissed, in its entirety, with prejudice and without costs or fees to any party.

**This Order resolves all pending claims and closes the case.**

Dated: October 20, 2025

                                                s/Laurie J. Michelson
                                              Hon. Laurie J. Michelson
                                              U.S. District Court Judge

*We stipulate to the form of the order,
for entry by the Court*

<table>
<tr><td>

<u>/s/ Joseph Ozormoor</u>
Joseph Ozormoor
*Plaintiff, In Pro Per*
469 LaBelle Road
Grosse Pointe Farms, MI 48236

</td><td>

<u>/s/ J. Travis Mihelick</u>
J. Travis Mihelick (P73050)
DINSMORE & SHOHL LLP
*Attorneys for Defendant*
755 West Big Beaver, Suite 1900
Troy, MI  48084
(248) 203-1655/(248) 647-5210 fax
travis.mihelick@dinsmore.com

</td></tr>
</table>